**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAWN WALLACE** | * CIVIL ACTION NO. 3:14-cv-00657-SDD-RLB |
| | * |
| **VERSUS** | * Judge Shelly D. Dick |
| | * |
| **THE BOARD OF SUPERVISORS** | * |
| **FOR THE UNIVERSITY OF** | * |
| **LOUISIANA SYSTEM** | * Magistrate Judge, Richard L. Bourgeois, Jr. |
| **(SOUTHEASTERN LOUISIANA** | * |
| **UNIVERSITY)** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
## TIME-BARRED CLAIMS OF SEXUAL HARASSMENT

**NOW INTO COURT**, through undersigned counsel, comes the Board of Supervisors for the University of Louisiana System (Southeastern Louisiana University) who files this Motion to Exclude Time-Barred Claims of Sexual Harassment. Dr. Wallace's claims for sexual harassment are time-barred and any evidence related to them is not relevant to her remaining claims. For this, and for the reasons more fully set forth in the accompanying memorandum, Defendant's Motion *in Limine* to Exclude Evidence of Time-Barred Claims of Sexual Harassment should be granted.

**WHEREFORE**, Defendant, the Board of Supervisors for the University of Louisiana System (Southeastern Louisiana University), prays that its Motion *in Limine* to Exclude Evidence of Time-Barred Claims of Sexual Harassment, be granted and for any and all other legal and/or equitable relief to which it may be entitled.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Guy C. Curry*
Guy C. Curry (#22032)
Special Assistant Attorney General
CURRY & FRIEND, APLC
228 St. Charles Avenue, #1200
New Orleans, Louisiana 70130
Telephone: (504) 524-8556
Facsimile: (504) 524-8703

**COUNSEL FOR DEFENDANT, THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing pleading has been filed into the ECF/CM system for the United States District Court for the Middle District of Louisiana and thus served on all parties on this 30th day of December, 2016.

*/s/ Guy C. Curry*
**GUY C. CURRY**