Case 3:14-cv-00657-SDD-RLB    Document 58-2    12/30/16    Page 1 of 2

DAWN WALLACE, PH.D.  
WALLACE vs. THE BOARD OF SUPERVISORS

May 12, 2016  
1–4

**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2             MIDDLE DISTRICT OF LOUISIANA
 3
 4
 5  DAWN WALLACE,         CIVIL ACTION NO. 14-657
         Plaintiff
 6                        JUDGE SHELLY D. DICK
    VERSUS                MAGISTRATE JUDGE RICHARD L.
 7                              BOURGEOIS, JR.
 8
    THE BOARD OF SUPERVISORS FOR
 9  THE UNIVERSITY OF LOUISIANA
    SYSTEM (SOUTHEASTERN LOUISIANA
10  UNIVERSITY)
         Defendant
11
12  * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16
17
18
19          Deposition of DAWN D. WALLACE, Ph.D.,
20  taken on Thursday, May 12, 2016, at 1:23 p.m., in
21  the offices of SOUTHEASTERN LOUISIANA UNIVERSITY,
22  Dyson Hall, Room 116, Hammond, Louisiana 70402.
23
24
25
```

**Page 2**

```
 1              I N D E X
 2                                         PAGE
 3  Caption                                  1
 4  Appearances                              4
 5  Agreement of Counsel                     5
 6  Examination
 7     EZRA L. FINKLE                        6
 8
 9  Witness' Certificate                   152
10  Errata Sheet                           153
11  Reporter's Page                        154
12  Reporter's Certificate             155-156
13
14            * * * *
15  EXHIBITS:
16  Exhibit 1   August 1, 2000 Letter        7
17  Exhibit 2   Academic Transcript         --
18  Exhibit 3   Course Outline Spring 2003  13
19  Exhibit 4   Bates Wallace 1             22
20  Exhibit 5   Transcript                  24
21  Exhibit 6   Application for Fee Waiver  --
22  Exhibit 7   Management 210              45
23  Exhibit 8   August 23, 2011 Email       59
24  Exhibit 9   Charge of Discrimination    60
25  Exhibit 9   May 4, 2011 Email           --
```

**Page 3**

```
 1  Exhibit 10  March 21, 2011 Letter       --
 2  EXHIBITS CONTINUED:                    PAGE:
 3
 4  Exhibit 11  Spring Schedule            106
 5  Exhibit 12  Charge of Discrimination   106
 6  Exhibit 13  Instrument for Merit Eval  119
 7  Exhibit 14  Plaintiff's Responses to
                  Defendant's Interrogatories --
 8
 9  Exhibit 15  July 28, 2011 Email        124
10  Exhibit 16  November 29, 2012 Email     --
11  Exhibit 17  April 24, 2014 Letter       --
12  Exhibit 18  May 20, 2011 Appeal        143
13
14  (REPORTER'S NOTE:  Exhibit 4 retained by Counsel.
15  Exhibit 9 marked twice.)
```

**Page 4**

```
 1  APPEARANCES:
 2
 3      Representing the Plaintiff:
 4      POWERS, SELLERS & CHAPOTON
        7967 Office Park Boulevard
 5      Baton Rouge, Louisiana 70809
 6      BY:  DOUGLAS M. CHAPOTON
 7
 8
 9
10      Representing the Defendants:
11      CURRY & FRIEND
        222 St. Charles Avenue
12      Suite 1200
        New Orleans, Louisiana 70130
13
        BY:  EZRA L. FINKLE
14
15
16
17  REPORTED BY:  Dana B. Schoultz
                  Certified Court Reporter
18                #87111
                  State of Louisiana
```



Case 3:14-cv-00657-SDD-RLB    Document 58-2    12/30/16    Page 2 of 2

DAWN WALLACE, PH.D.  
WALLACE vs. THE BOARD OF SUPERVISORS  
May 12, 2016  
61–64

Page 61
1    Q.   Was this the first time you signed the
2  document?
3    A.   No, it was not.
4    Q.   Okay.  Do you still have a copy of when
5  you first signed the document?
6    A.   I'm sure I do.
7    Q.   Do you know what day it was when you
8  first signed the document, this document?
9    A.   I want to say the first time was like in
10 August or September.
11   Q.   Of 2010?
12   A.   Uh-huh (affirmative response).
13   Q.   "The particulars are," you know, and
14 it's set forth here.  Was the wording different in
15 the first one that you submitted to -- the first
16 charge of discrimination you submitted?
17   A.   I don't know.
18   Q.   And in this charge discrimination, the
19 one I actually have from the EEOC files, it's
20 claiming wage discrimination.  Would you agree,
21 though, there's no claim of sexual harassment?
22      MR. CHAPOTON:
23         Object to the form.  You can answer it.
24      THE WITNESS:
25         My EEOC officer, I believe that he left

Page 62
1  it off because he said that he didn't file the
2  complaint in time.  But I had marked the sexual
3  harassment.
4  BY MR. FINKLE:
5    Q.   Okay.  What was the name of the EEOC
6  officer?
7    A.   Hoyt Baugh.
8    Q.   And how long was he the officer on your
9  EEOC charge?
10   A.   Until I got discharged, I think.
11   Q.   All right.  Discharge; do you remember
12 when that was?
13   A.   Until I asked to, I guess, have the
14 right to sue.
15   Q.   Sure.
16   A.   So it was probably from 2009 to 2014.
17   Q.   Okay.  Paragraph Number 30.  Let's start
18 going through the list of the alleged retaliation
19 by Dr. Phillips.  A -- I don't want you to use the
20 full name, just use initials of the student
21 because I just want to protect student identities.
22 But a failing student, was it just one student or
23 were there more students?
24   A.   Okay.  I'm sorry, what?
25   Q.   I'm at paragraph 30-A.

Page 63
1    A.   Oh, okay, yes.
2    Q.   Was it just one student?
3    A.   Yes, it was a student.
4    Q.   And how do you find out that the grade
5  had been changed?
6    A.   Because she wasn't in my class the next
7  semester, so I looked up her grade.  I looked it
8  up to see, because I'm the only one that teaches
9  the class.
10   Q.   Which class?
11   A.   Management 220.  And it was required.
12   Q.   It was required for her?
13   A.   Uh-huh (affirmative response).
14   Q.   That's a yes?
15   A.   Yes.
16   Q.   Okay.  Why was it required for her?
17   A.   Because she was a business
18 administration student, I believe, and it's
19 required in the business administration
20 concentration.
21   Q.   Okay.  So you looked it up and so it had
22 been changed from an "F" to a "D"?
23   A.   Yes.
24   Q.   And what makes you so sure that it's Dr.
25 Phillips that changed it?

Page 64
1    A.   Well, it's one of the administrators.
2    Q.   One of the administrators?  Do you know
3  who?
4    A.   It would have to be through her because
5  she's my immediate supervisor.  If she didn't
6  physically change it herself, then she directed
7  someone to.
8    Q.   So only your immediate supervisor would
9  have the power or ability to change grades?
10   A.   Well, I mean, she's a level over me, I
11 guess, that would override me.
12   Q.   Management 220, that's a three-credit
13 class, correct?
14   A.   Yes.
15   Q.   And this lady, whoever it was, the
16 student, they were here for a business
17 administration degree?
18   A.   I believe so.
19   Q.   Okay.  How many credits are required for
20 a business administration degree?
21   A.   I don't recall.  Maybe 120.
22   Q.   Okay.  Did you ever talk to Dr. Phillips
23 about the student's grade being changed?
24   A.   I believe so.
25   Q.   Okay.  Do you remember when that

