EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2010-01967 |

| Lincoln Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Dawn D. Wallace | (225) 243-6354 | 03-23- |

| Street Address | City, State and ZIP Code |
|---|---|
| 12461 Havenood Drive, Denham Springs, LA 70726 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SOUTHEASTERN LOUISIANA UNIVERSITY | 201 - 500 | (985) 549-3071 |

| Street Address | City, State and ZIP Code |
|---|---|
| 500 West Texas Ave., Hammond, LA 70402 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-07-2001   Latest: 12-07-2010
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I, Dawn Wallace, was hired by Southeastern Louisiana University ("University") in August 2001 as an Associate Professor in the College of Business. I believe that my salary, past and present, has been substantially less than the salaries of my male colleagues within the Business College. I believe the "University" has devised or allowed a three tier salary system to exist that is both arbitrary and capricious in its application and a pretext to wage discrimination.

I have made several attempts to bring this disparate treatment of my female colleagues to the attention of the EEO/ADA Compliance Officer but my efforts have been rejected. Despite all of this, the "University" continues to pay female faculty members less than male faculty members for equal work on jobs the performance of which requires equal effort, skill and responsibility.

I believe that I, and females as a class, have been discriminated against based on my/our sex, female, in violation of Title VII of the Civil Rights Code of 1964, as amended.
                                                    Act

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>8/10/10   *[signature]*<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



Exhibit B